# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-1142** | **September Term, 2024** |
| | FAA- 05/19/2025 Order |
| | **Filed On: July 22, 2025** [2126775] |

Vertical Aviation International, Inc., et al.,

      Petitioners

    v.

Federal Aviation Administration,

      Respondent

## O R D E R

Upon consideration of the joint motion to hold case in abeyance, it is

    **ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by September 15, 2025.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                        BY:    /s/
                                          Catherine J. Lavender
                                          Deputy Clerk